Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 333. CONTINENTAL ILLINOIS BANK & TRUST CO., EXECUTOR, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, J. Louis Monarch,* and *J. P. Jackson* for the United States.

No. 334. NORTHERN TRUST CO. ET AL., EXECUTORS, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioners. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *J. P. Jackson* for the United States.

No. 335. DEAN, ADMINISTRATOR, *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *J. P. Jackson* for the United States.

No. 336. KADOW ET AL. *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Otto R. Barnett* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold* and *T. A.*

664

*Hostetler* for respondent.

No. 337. Consolidated Coppermines Corp. *v.* Nevada Consolidated Copper Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George B. Thatcher, John P. Gray,* and *Joseph R. Cotton* for petitioner. *Messrs. William Wallace* and *Wm. E. Colby* for respondent.

No. 340. National Park Bank *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John C. Crawley* and *Dallas S. Townsend* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *Wm. Cutler Thompson* for the United States.

No. 341. Rutledge, Receiver, *v.* Bristol, Trustee. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. C. McBride* for petitioner. *Messrs. Maco Stewart, Jr., John Neethe,* and *Robert Allan Ritchie* for respondent.

No. 345. Rabkin *v.* United States. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Biggs* for the United States.